UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOSE EMILIO VITERI
and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,                      CASE NO.: 1:20-cv-024970

v.

SPECIALTYCARE USA, INC. f/k/a
SPECIALTYCARE, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, SPECIALTYCARE, INC. (sued erroneously as "SPECIALTYCARE USA, INC. f/k/a SPECIALTYCARE, INC."),[1] pursuant to 28 U.S.C. §§ 1331, files this Notice of Removal of the cause from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division ("Notice").  In support of this Notice, the Defendant states as follows:

## BACKGROUND

1.    Plaintiff filed a complaint against the Defendant in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida styled *Jose Emilio Viteri v. SpecialtyCare USA, Inc.*, Case No. 2020-CA-021514 (the "State Action").  Pursuant to 28 U.S.C. § 1446(a), the State Action complaint ("Complaint") is attached to this Notice, along with a copy of any State Action filings that were served upon Defendant, as **Exhibit A**.

2.    The State Action arises from the Plaintiff's former employment with the Defendant.

---

[1] The correct name for the Defendant in this matter is SpecialtyCare, Inc.  SpecialtyCare, Inc. is not associated with SpecialtyCare USA, Inc.  SpecialtyCare USA, Inc., therefore, is not a proper party to this action.

1

3. The Plaintiff contends that the Defendant did not properly pay him overtime in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). *See* Compl. at ¶¶ 8-17.

4. In connection with these allegations, the Plaintiff brings one count against the Defendant purporting to allege violations under the FLSA.

## GROUNDS FOR REMOVAL

1. A notice of removal must contain "a short and plain statement of the grounds for removal." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 (11th Cir. 2010).

2. The Complaint consists of one count, which raises claims arising under federal law. *See* Compl. at ¶¶ 8-17.

3. This Court has original jurisdiction over these claims pursuant to 28 U.S.C. §1331 under its federal question jurisdiction, and the action may therefore be removed to this Court by the Defendant pursuant to 28 U.S.C. §1441.

4. Venue is proper in the Southern District of Florida, Miami Division, because the State Action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. §1446(a).

5. Removal is timely, as the Plaintiff served the Defendant on November 5, 2020, and this Notice is filed within the thirty-day period provided in 28 U.S.C. § 1446(b).

6. The Defendant has given written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d), and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

## **CONCLUSION**

The Defendant respectfully requests that the above-captioned matter, now pending against it in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-CA-021514, be removed to this Honorable Court, and that this Court assume full jurisdiction over the action

Dated:   December 4, 2020

Respectfully submitted,

*s/ Meagan L. Martin*
Kevin W. Shaughnessy, Esq.
Florida Bar No.: 0473448
Email: kshaughnessy@bakerlaw.com
Meagan L. Martin, Esq.
Florida Bar No.:  89657
Email: mmartin@bakerlaw.com
Secondary Email: dquick@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Ste. 2300
Post Office Box 112
Orlando, FL 32801-3432
Telephone:  (407) 649-4000
Facsimile:  (407) 841-0168
**ATTORNEYS FOR DEFENDANT**

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing has been served via electronic mail this 4th day of December, 2020, to:

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami, Florida 33141
Zabogado@aol.com
assistant.jhzidell@gmail.com

                *s/ Meagan L. Martin*
                Meagan L. Martin

4832-9928-7763.1